# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  KENNY A. MOORE            §       Case No. 13-84025
                                  §
                                  §
                                  §
         Debtor(s)                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 11/29/2013.

2) The plan was confirmed on 02/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/05/2015, 06/26/2015, 10/23/2015.

5) The case was dismissed on 10/23/2015.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,975.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 7,912.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 7,887.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 467.50 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,467.50 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 7,959.61 | 7,959.61 | 7,959.61 | 2,909.70 | 509.80 |
| CREDIT ACCEPTANCE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 700.00 | 837.96 | 0.00 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 0.00 | 0.00 | 837.96 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 6,000.00 | 6,257.80 | 6,257.80 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,273.22 | 1,273.22 | 0.00 | 0.00 |
| ACS / WELLS FARGO | Uns | 3,262.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED CARDIOLOGY | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 1,577.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSIONS BOOK CLUB | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| CARPENTERSVILLE POLICE | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 2,624.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF REVENUE | Uns | 4,374.00 | 4,375.35 | 4,375.35 | 0.00 | 0.00 |
| COLUMBIA HOUSE DVD | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| COMCAST - CHICAGO | Uns | 267.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 891.00 | 887.47 | 887.47 | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 86.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EARTHLINK | Uns | 111.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 499.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 229.00 | 149.94 | 149.94 | 0.00 | 0.00 |
| HOUSEHOLD BANK | Uns | 1,031.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 8,830.00 | 13,409.23 | 13,409.23 | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY | Uns | 15,000.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY SOLUTION SVC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 32,975.00 | 33,022.49 | 33,022.49 | 0.00 | 0.00 |
| JACKSON HEWITT | Uns | 465.00 | NA | NA | 0.00 | 0.00 |
| LEGAL HELPERS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL SIMON | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 20.00 | 118.78 | 118.78 | 0.00 | 0.00 |
| PNC NATIONAL BANK | Uns | 2,698.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 317.00 | 2,360.21 | 2,360.21 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 254.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 872.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 387.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 347.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 338.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 7,111.00 | 6,605.22 | 6,605.22 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 298.00 | 914.14 | 914.14 | 0.00 | 0.00 |
| TABAKS HEALTH PRODUCTS | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Uns | 222.00 | NA | NA | 0.00 | 0.00 |
| THE VIP LOAN SHOP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK / FINGERHUT | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FIN SVC | Uns | 18,717.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 5,607.00 | 3,283.01 | 3,283.01 | 0.00 | 0.00 |
| WELLS FARGO LOAN | Uns | 21,780.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO / NORWEST | Uns | 31,504.00 | NA | NA | 0.00 | 0.00 |
| WILCOX REALTY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 0.00 | 709.87 | 709.87 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 1,099.32 | 1,099.32 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF REVENUE | Pri | 0.00 | 3,178.33 | 3,178.33 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Uns | 0.00 | 742.52 | 742.52 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 7,959.61 | $ 2,909.70 | $ 509.80 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 7,959.61 | $ 2,909.70 | $ 509.80 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 9,436.13 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 9,436.13 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 69,788.73 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,467.50 |
| Disbursements to Creditors | $ 3,419.50 |
| **TOTAL DISBURSEMENTS:** | $ 7,887.00 |

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  01/14/2016          By:  /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)